**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TV TOKYO CORPORATION,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:23-cv-15419

Judge Robert W. Gettleman

Magistrate Judge M. David Weisman

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 186 | KAMUGO |
| 46 | FLY GOGO |
| 202 | Shenzhen Sitan Trading Co., Ltd |
| 151 | 哈尔滨市阿城区财源户外用品商店 |
| 4 | Angelaicos |
| 114 | WELOVE SHOP |
| 87 | Outdoorenves |
| 39 | FEIFDC |
| 13 | CHAOS MONKEY |
| 82 | Naughty Eagle |
| 72 | King Ma |
| 169 | ChengDaBin Co.Ltd |
| 201 | shen zhen shi fu tian yi guo ji wu liu you xian gong si |
| 101 | Song Chen's Trading Co., Ltd. |
| 198 | Quchong |
| 32 | E.Q.L-Store |
| 173 | Fanbai Electronics Co., Ltd |
| 100 | SIMO Auto |
| 52 | guangzhoudingshangshangmaobu |
| 54 | Guestbox |
| 168 | ChangShaFanYuWangLuoKeJiYouXianGongSi |
| 43 | FHJIN |

| | |
|---|---|
| 181 | InterestingToys |
| 185 | JSKJ |
| 80 | MORABTO-Direct |

DATED: December 3, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 3, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt