**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TV TOKYO CORPORATION,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 23-cv-15419

**Judge Robert W. Gettleman**

**Magistrate Judge M. David Weisman**

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff TV TOKYO CORPORATION ("TV TOKYO" or "Plaintiff") against the defendants identified on the First Amended Schedule A, and using the Online Marketplace Accounts identified on the First Amended Schedule A (collectively, the "Defendant Internet Stores"), and TV TOKYO having moved for entry of Default and Default Judgment against the defendants identified on the First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; TV TOKYO having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, TV TOKYO has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of TV TOKYO's federally registered trademarks, which are covered by U.S. Trademark Registration Nos. 3,229,574; 3,280,366; and 3,726,754 (the "NARUTO Trademarks") and/or products infringing TV TOKYO's registered copyrights, which are covered by U.S. Copyright Registration Nos. PA 2-277-887 and PA 2-276-002 (the "NARUTO Works") to residents of Illinois. In this case, TV TOKYO has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using counterfeit and/infringing versions of the NARUTO Trademarks and/or NARUTO Works. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the NARUTO Trademarks and/or NARUTO Works.

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. § 501(a)).

Accordingly, this Court orders that TV TOKYO's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the NARUTO Trademarks and/or NARUTO Works or any reproductions, counterfeit/infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TV TOKYO product or not authorized by TV TOKYO to be sold in connection with the NARUTO Trademarks and/or NARUTO Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine TV TOKYO product or any other product produced by TV TOKYO, that is not TV TOKYO's or not produced under the authorization, control, or supervision of TV TOKYO and approved by TV TOKYO for sale under the NARUTO Trademarks and/or NARUTO Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

TV TOKYO, or are sponsored by, approved by, or otherwise connected with TV TOKYO; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for TV TOKYO, nor authorized by TV TOKYO to be sold or offered for sale, and which bear any of TV TOKYO's trademarks or copyrights, including the NARUTO Trademarks and/or NARUTO Works, or any reproductions, counterfeit/infringing copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the NARUTO Trademarks and/or NARUTO Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the NARUTO Trademarks and/or NARUTO Works or any reproductions, counterfeit/infringing copies, or colorable imitations thereof that is not a genuine

TV TOKYO product or not authorized by TV TOKYO to be sold in connection with the NARUTO Trademarks and/or NARUTO Works.

3. Upon TV TOKYO's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NARUTO Trademarks and/or NARUTO Works.

4. Pursuant to 15 U.S.C. § 1117(c)(2), TV TOKYO is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit NARUTO Trademarks on products sold through at least the Defendant Internet Stores.

5. Pursuant to 17 U.S.C. § 504(c)(2), TV TOKYO is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of infringing NARUTO Works on products sold through at least the Defendant Internet Stores.

6. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 4-5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraphs 4-5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to TV TOKYO

as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to TV TOKYO the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until TV TOKYO has recovered full payment of monies owed to it by any Defaulting Defendant, TV TOKYO shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that TV TOKYO identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, TV TOKYO may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Hiroaki Saiki and any e-mail addresses provided for Defaulting Defendants by third parties.

10. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: December 21, 2023

Robert W. Gettleman
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | -YikN- |
| 2 | Abc bushr |
| 3 | Allprettyall BATVOX US |
| 4 | [redacted] |
| 5 | [redacted] |
| 6 | AYGDDG |
| 7 | BAIDUN STORE |
| 8 | bengo |
| 9 | Bridget-T |
| 10 | caldwell yungu |
| 11 | calhepco |
| 12 | Celoucax |
| 13 | [redacted] |
| 14 | chenyuhanglsdukhw |
| 15 | chongqingxinyuelinwenjuyouxiangongsi |
| 16 | Chunting |
| 17 | Come on Anime |
| 18 | COOBAG |
| 19 | Cosplay Land |
| 20 | dacminhnhat.shop1s |
| 21 | DAKSIS Ltd |
| 22 | dangxiaoshangmao |
| 23 | [redacted] |
| 24 | [redacted] |
| 25 | dongguanshichanyushangmaoyouxiangongsi |
| 26 | dongyangshi qiyiguo dianzishangwu youxiangongsi |
| 27 | Doo_888 Store |
| 28 | DrawyMe |
| 29 | DSG JEWELS |
| 30 | [redacted] |
| 31 | Du Dao Fu Zhuang |
| 32 | [redacted] |
| 33 | Edgar Jacob |
| 34 | enshishiyinlushangmaoyouxiangongsi |
| 35 | Fanforty |
| 36 | FansaBag |
| 37 | [redacted] |
| 38 | FDOM |
| 39 | [redacted] |
| 40 | fengbaoshangmaojingpindianpu |
| 41 | fenmaoshangpeng |
| 42 | [redacted] |
| 43 | [redacted] |
| 44 | [redacted] |
| 45 | FINEBadgeLanyards |
| 46 | [redacted] |

| | |
|---|---|
| 47 | fsagxawopsadl |
| 48 | Funny way |
| 49 | [redacted] |
| 50 | G2SIX |
| 51 | [redacted] |
| 52 | [redacted] |
| 53 | guangzhouyidukejiyouxiangongsi |
| 54 | [redacted] |
| 55 | Guisensm |
| 56 | haikoushimiaosi |
| 57 | [redacted] |
| 58 | Hello Xivko |
| 59 | HEYUAN27 |
| 60 | HEYUANPING |
| 61 | HHGVXTLE Store |
| 62 | HTF STORE |
| 63 | HuaiYan Trading |
| 64 | huangjiangyan |
| 65 | Huiyang Smart Living Home |
| 66 | jiangmengfei |
| 67 | Jiangying-US |
| 68 | JIAOHANKEJIYOUXIAN |
| 69 | Justwon |
| 70 | KIAN-LLC |
| 71 | King DiE |
| 72 | [redacted] |
| 73 | LI-LONG |
| 74 | Lichaofan |
| 75 | lihongbaodebeimeidianpu |
| 76 | LIKESIDE |
| 77 | [redacted] |
| 78 | [redacted] |
| 79 | Matenglufei |
| 80 | [redacted] |
| 81 | MUEKA-US |
| 82 | [redacted] |
| 83 | NELCHOZET-US |
| 84 | New site |
| 85 | [redacted] |
| 86 | Onemopie |
| 87 | [redacted] |
| 88 | PANNAM |
| 89 | PuTianShiLiChengQuZiYueXiaoShangMaoYouXianGongSi |
| 90 | [redacted] |
| 91 | [redacted] |
| 92 | RENHAIJUN |
| 93 | RING JEWELS |
| 94 | rizhaocuiyi |

| | |
|---|---|
| 95 | rizhaojieyue |
| 96 | Samice Victor Store |
| 97 | SHARK US XY18LZT |
| 98 | [redacted] |
| 99 | Show Hua Xin Xin Store |
| 100 | [redacted] |
| 101 | [redacted] |
| 102 | songlaipu123 |
| 103 | Soondar Direct |
| 104 | [redacted] |
| 105 | SWWLKJ |
| 106 | Tageneo |
| 107 | tangyiling |
| 108 | tasnjun |
| 109 | TB8991 Store |
| 110 | TENGFA |
| 111 | THDZS |
| 112 | [redacted] |
| 113 | TUTI STORE |
| 114 | [redacted] |
| 115 | why too anxious |
| 116 | [redacted] |
| 117 | [redacted] |
| 118 | wouletuqi |
| 119 | WUCHUAN(Christmas Deals Sale Clearance) |
| 120 | WuHanHuYanZiShangMaoYouXianGongSi |
| 121 | Yellow Motto |
| 122 | YHLXiao |
| 123 | Yimoo Group |
| 124 | YNUS.LLC |
| 125 | YooHai |
| 126 | YQSGT |
| 127 | yueshuting |
| 128 | [redacted] |
| 129 | YunXiaoXianQiuRuiBaiHuoDian |
| 130 | yyyangyu |
| 131 | ZeeY Trading US |
| 132 | zengweig |
| 133 | ZeZeShangMaoYouXianGongSi |
| 134 | ZGFZD |
| 135 | zhaihongpi |
| 136 | zhangjiahongshehksf |
| 137 | ZhangShuTaoDFSLMCXVLKS |
| 138 | ZhaoDong medium |
| 139 | zhaoxiaoyudedian |
| 140 | zhaoxinfa |
| 141 | zhengao123 |
| 142 | zhengzhoujiuaoshangmaoyouxiangongsi |

| | |
|---|---|
| 143 | zhijiangshidekeshangmaoyouxiangongsi |
| 144 | zhouhefei |
| 145 | zongbo |
| 146 | [redacted] |
| 147 | ZZdkai |
| 148 | ZZTY |
| 149 | 你快乐吗 |
| 150 | 合肥畅艘商贸有限 |
| 151 | [redacted] |
| 152 | 文权家居精品 |
| 153 | 昆明段完巧网络科技有限 |
| 154 | 洛阳之选商贸有限公司 |
| 155 | 福之喜百货店 |
| 156 | 翊华天津服饰有限公司 |
| 157 | 贺-冬冬 |
| 158 | 陕西东聚桓大数据服务有限公司 |
| 159 | 鲁山县全祖贤百货部 |
| 160 | Alidery |
| 161 | anhuimaosidunzhinengkejiyouxiangongsi |
| 162 | Aracelis Jimenez |
| 163 | AzyGoods |
| 164 | Beautiful Mind Co.,Ltd |
| 165 | Better-home |
| 166 | Ceaopions |
| 167 | [redacted] |
| 168 | |
| 169 | |
| 170 | Cockroach |
| 171 | EAGLE |
| 172 | elephant |
| 173 | [redacted] |
| 174 | Feilabu |
| 175 | FreshTop Co. ltd |
| 176 | Grocery Shop |
| 177 | Happy City Co.Ltd |
| 178 | He Fei Ke Du Dian Zi Shang Wu Co.Ltd |
| 179 | hezexunmuwangluokejiltd |
| 180 | hunanshengaomiaobangonghaocaiyouxiangongsi |
| 181 | [redacted] |
| 182 | JiNingMiaoDunHuaZhuangPinYouXianGongSi |
| 183 | JinLin10 |
| 184 | [redacted] |
| 185 | |

| | |
|---|---|
| 186 | [redacted] |
| 187 | KR-TEC. LLC |
| 188 | LianQU Ltd |
| 189 | liaochengdemengwangluokejiyouxiangongsi |
| 190 | LiFengJC |
| 191 | Light the Universe |
| 192 | Liyucwill |
| 193 | Maguire |
| 194 | MECIKR |
| 195 | Ostrich |
| 196 | qionghaibeiqingyikejiyouxiangongsi |
| 197 | Qiongyu Co.ltd |
| 198 | [redacted] |
| 199 | |
| 200 | Ringshlar |
| 201 | [redacted] |
| 202 | |
| 203 | |
| 204 | Staryop |
| 205 | T.S.CO |
| 206 | Topyecel |
| 207 | [redacted] |
| 208 | Wangxing |
| 209 | weifangshukangwangluokejiyouxiangongsi |
| 210 | wenqiaolucky |
| 211 | XIN |
| 212 | YIXINGHAN E-commerce Co.ltd |
| 213 | YXCC |
| 214 | Z-Z-zero |
| 215 | Zap Impex |
| 216 | zhejiangxiangdajiancaiyouxiangongsi |
| 217 | zhengzhougongwanshangmaoyouxiangongsi |
| 218 | zhixun store |